No. 24-1985

In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

REPUBLICAN NATIONAL COMMITTEE; JORDAN JORRITSMA; EMERSON SILVERNAIL,

    Plaintiffs-Appellants,

v.

JOCELYN BENSON, in her official capacity as Michigan Secretary of State; JONATHAN BRATER,

    Defendants-Appellees.

Appeal from the United States District Court
Western District of Michigan, Southern Division
Honorable Jane M. Beckering

**DEFENDANTS-APPELLEES JOCELYN BENSON AND JONATHAN BRATER'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Counsel of Record
Attorneys for Defendants-Appellees
Civil Rights & Elections Division
P O Box 30736
Lansing MI 48909
517.335.7659

Dated: February 10, 2025

# INTRODUCTION

Defendants-Appellees Michigan Secretary of State Jocelyn Benson and Michigan Director of Elections Jonathan Brater request a short extension of 14 days to file their principal brief. Fed. R. App. P. 26(b); 6 Cir. R. 26(a)(1). Pursuant to this Court's most recent briefing letter (R. 13), the brief is due on February 18, 2025, and Appellees request to file their brief on March 4, 2023.

# ARGUMENT

**I.  Good cause exists to grant State Defendants-Appellees a 14-day extension to file their principal brief.**

Pursuant to Fed. R. App. P. 26(b), the Court may extend the time to file an appellee's brief "[f]or good cause." Here, good cause exists to extend the time to file Defendants-Appellees' principal brief. Counsel for Appellees herein have competing deadlines in other matters that raise complex issues of law, which are further complicated by the upcoming President's Day holiday on February 17.

Granting this short extension does not prejudice Plaintiffs-Appellants, and they do not oppose the extension requested in this motion.

Accordingly, State Defendants-Appellees request that this Court grant a 14-day extension on their principal brief—making the brief due on March 4, 2025.

## CONCLUSION AND RELIEF REQUESTED

For the forgoing reasons, Defendants-Appellees request this Court grant an extension of 14 days from the February 18, 2025 due date for their principal brief, making their brief due on March 4, 2025.

Respectfully submitted,

*s/Erik A. Grill*
Erik A. Grill (P64713)
Assistant Attorney General
Attorney for Defendants-
Appellees Benson & Brater
Civil Rights & Elections Division
P O Box 30736
Lansing MI 48909
517.335.7659
grille@michigan.gov

Dated: February 10, 2025

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type Style Requirements

1.   This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains no more than 5,200 words.  This document contains 226 words.

2.   This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 14-point Century Schoolbook.

*s/Erik A. Grill*
Erik A. Grill (P64713)
Assistant Attorney General
Attorney for Defendants-
Appellees Benson & Brater
Civil Rights & Elections Division
P O Box 30736
Lansing MI 48909
517.335.7659
grille@michigan.gov

## **CERTIFICATE OF SERVICE**

I certify that on February 10, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

                                              *s/Erik A. Grill*
                                              Erik A. Grill (P64713)
                                              Assistant Attorney General
                                              Attorney for Defendants-
                                              Appellees Benson & Brater
                                              Civil Rights & Elections Division
                                              P O Box 30736
                                              Lansing MI 48909
                                              517.335.7659
                                              grille@michigan.gov

Dated: February 10, 2025