# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 11, 2025

Mr. Gilbert Dickey
Consovoy McCarthy
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Re: Case No. 24-1985, *RNC, et al v. Jocelyn Benson, et al*
Originating Case No. : 1:24-cv-00262

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **April 8, 2025**.

Sincerely,

s/Michelle R. Lambert on behalf of
Case Manager Sharday Swain
Direct Dial No. 513-564-7027

cc: Mr. Erik A. Grill
    Mr. Thomas Ryan McCarthy
    Ms. Heather S. Meingast
    Mr. Conor Woodfin