# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __24-1985__

2. Case Caption (Short Title): __RNC, et al v Jocelyn Benson, et al__

3. Argument is scheduled for __9:00 AM__ (time) on __June 12, 2025__ (day, date) and will be held:

   ☑ Live (In Person)    ☐ by Video    ☐ by Telephone

4. I, __Conor D. Woodfin__, will be presenting argument on behalf of:

   ☑ Appellant / Petitioner    ☐ Amicus Curiae    ☐ Other (please specify below):
   ☐ Appellee / Respondent     ☐ Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Republican National Committee, Jordan Jorritsma, Emerson Silvernail

6. Minutes reserved for rebuttal (appellant / petitioner only): __5__ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: __n/a__
   B. Total number of minutes (in whole minutes only) to be shared: __n/a__
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): __n/a__
   D. Your assigned minutes (in whole minutes only): __n/a__

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*